```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION


                       CIVIL MINUTES--GENERAL
```

Case No. CV 14-4941 AJW                    Date: December 8, 2014

Title: <u>MARIA RODRIGUEZ v. UNITED STATES OF AMERICA</u>
================================================================
PRESENT:     **HON.** <u>**ANDREW J. WISTRICH**</u>**, MAGISTRATE JUDGE**

```
        Ysela Benavides
        Deputy Clerk                          Court Reporter
```

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                              None Present


**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE**

The parties were directed to appear for a scheduling conference on December 8, 2014, at 2:00 p.m., in Courtroom 690, Roybal Federal Building. There was no appearance by plaintiff or her counsel. Plaintiff's counsel did not contact the clerk to request a continuance or explain the lack of appearance. Plaintiff shall have 14 days to show cause in writing why this case should not be dismissed. Plaintiff is cautioned that failure to show cause by that date may result in dismissal of the case with prejudice.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                          Initials of Deputy Clerk_____
CIVIL-GEN