```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION


                      CIVIL MINUTES--GENERAL

Case No. CV 14-4941 AJW                    Date: December 8, 2014

Title: MARIA RODRIGUEZ v. UNITED STATES OF AMERICA
================================================================
   PRESENT:    HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE

            Ysela Benavides
            Deputy Clerk                      Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                          None Present
```

**SCHEDULING ORDER**

Based upon the parties' joint report pursuant to Fed. R. Civ. P. 26(f), the scheduling conference held on December 8, 2014, and the court's review of the file, the court adopts the following schedule for this case.

Last day to exchange initial disclosures: December 31, 2014.

Last day to add claims or parties: December 31, 2014.

Last day to exchange expert witness reports: May 1, 2015.

Last day to exchange rebuttal expert witness reports: June 5, 2015.

Last day to complete all discovery (both expert and non-expert): July 3, 2015.

All motions, including both discovery motions and dispositive motions, must be filed sufficiently early that they can be heard in the normal course no later than August 10, 2015.

Last day to participate in a settlement conference or other alternative dispute resolution procedure: May 15, 2015.

Last day for parties to lodge joint proposed pretrial order, and to file separate proposed findings of fact and conclusions of law, joint exhibit list, joint witness list, and joint status report regarding settlement: July 27, 2015.

Last day for service of motions in limine or motions concerning the conduct or structure of the trial: August 3, 2015.

Last day for service of opposition to motions in limine or motions concerning the conduct or structure of the trial: August 17, 2015.  Replies in support of such motions are not permitted.

Final pretrial conference is scheduled for August 31, 2015 at 2:00 p.m. Final pretrial conference will include, among other things, hearing on motions in limine and hearing on motions regarding conduct or structure of trial.

Non-jury trial is scheduled for December 9, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                                    Initials of Deputy Clerk_____
CIVIL-GEN