# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARIA RODRIGUEZ | CASE NUMBER: |
|---|---|
| v.  Plaintiff(s) | 2:14-CV-04941- AJW |
| UNITED STATES OF AMERICA, | NOTICE OF MEDIATION DATE |
| Defendant(s). | |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for May 13, 2015 at 9:00 ☑ a.m. / ☐ p.m.

LOCATION: USDC, 312 N. Spring Street, Los Angeles, CA 90012

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: 5/4/15

Panel Mediator: Bruce J. Altshuler
Address: 9301 Wilshire Blvd., Suite 504
Beverly Hills, CA 90210

Phone: 310/275-4475