Bruce J. Altshuler
9301 Wilshire Blvd., Suite 504
Beverly Hills, CA 90210
310/275-4475

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RODRIGUEZ<br><br>Plaintiff(s)<br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV-14-04941 AJW<br><br>MEDIATION REPORT |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): 5/13/15 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☒ Appeared as required by Civil L.R. 16-15.5(b).
   ☒ Did not appear as required by Civil L.R. 16-15.5(b).

   ☑ Plaintiff ~~or plaintiff's representative failed to appear~~  * Plaintiff had not left for the Mediation by the 9am start time. Plaintiff's counsel was present and apologized for her.
   ☐ Defendant or defendant's representative failed to appear.
   ☑ Other: Mediation proceeded without Plaintiff's attendance.

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☑ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   Plaintiff settled with Defendant Cintas Corp (manufacturer of mat). No settlement with USA. Motion to approve good faith settlement is expected to follow.

Dated: May 18, 2015 _____

_____
Signature of Mediator

BRUCE J. ALTSHULER
Name of Mediator (print)

The Mediator is to electronically file original document.