UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et. al.<br><br>　　　　Defendants. | No. CV 14-04941 AJW<br><br>**[PROPOSED] ORDER RE STIPULATION REGARDING ADMISSIBILITY OF EXHIBITS**<br><br>Honorable Andrew J. Wistrich |

Pursuant to the parties' Joint Stipulation Regarding the Admissibility of Exhibits, IT IS SO ORDERD that:

Plaintiff's Exhibits 1 – 4 and Defendant's Exhibits 101 – 103 as identified in the aforementioned Joint Stipulation are admitted into evidence.

Dated: April 20, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ANDREW J. WISTRICH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE