JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 14-4941 (AJW) |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

It is ordered that plaintiff take nothing and that defendant is entitled to its costs.

Dated: March 6, 2017

_____
Andrew J. Wistrich
United States Magistrate Judge